Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801
Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation,<br><br>　　　　　　Defendant. | Civil Action No. _____ |

## NOTIFICATION OF COMPLEXITY OF CIVIL CASE

　　　　Pursuant to U.S.D.C.L.R. 16.4, the Plaintiff hereby notifies the Court and the opposing party(s) that the above named civil case is:

　　　　　　__XX__　　　Non-Complex
　　　　　　_____　　Complex

DATED this 10th day of October, 2023.

                                    DAVIS & CANNON, LLP

                            By: /s/ Cole L. Gustafson
                               Kim D. Cannon, WY Bar No. 5-1401
                               Cole L. Gustafson, WY Bar No. 7-6070
                               DAVIS & CANNON, LLP
                               40 South Main Street
                               P.O. Box 728
                               Sheridan, WY 82801
                               Telephone:  (307) 672-7491
                               Facsimile:   (307) 672-8955
                               cannon@davisandcannon.com
                               cole@davisandcannon.com

                               McNAUL EBEL NAWROT & HELGREN PLLC

                               Michael P. Hatley
                                  (*Pro Hac Vice* application forthcoming)
                               600 University Street, Suite 2700
                               Seattle, WA 98101
                               Telephone:  (206) 467-1816
                               Facsimile:   (206) 624-5128
                               mhatley@mcnaul.com

                               *Attorneys for Plaintiff*