Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801
Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation,<br><br>                    Defendant. | Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Drifter Entertainment, Inc., submits this Corporate Disclosure Statement:

Plaintiff Drifter Entertainment, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED this 10th day of October, 2023.

                    DAVIS & CANNON, LLP

                    By: /s/ Cole L. Gustafson
                        Kim D. Cannon, WY Bar No. 5-1401
                        Cole L. Gustafson, WY Bar No. 7-6070
                        DAVIS & CANNON, LLP
                        40 South Main Street
                        P.O. Box 728
                        Sheridan, WY 82801
                        Telephone:  (307) 672-7491
                        Facsimile:   (307) 672-8955
                        cannon@davisandcannon.com
                        cole@davisandcannon.com

                    McNAUL EBEL NAWROT & HELGREN PLLC

                    Michael P. Hatley
                    (*Pro Hac Vice* application forthcoming)
                    600 University Street, Suite 2700
                    Seattle, WA 98101
                    Telephone:  (206) 467-1816
                    Facsimile:   (206) 624-5128
                    mhatley@mcnaul.com

                    *Attorneys for Plaintiff*