Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801
Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>                           Plaintiff,<br><br>     v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation,<br><br>                           Defendant. | Civil Action No. _____ |

**ENTRY OF APPEARANCE**

Cole L. Gustafson of the law firm of Davis & Cannon, LLP, hereby enters his appearance as counsel for Plaintiff in the above-referenced matter, and requests that all pleadings and notices filed in this matter be sent to his attention.

Dated this 10th day of October, 2023.

DAVIS & CANNON, LLP

  */s/ Cole L. Gustafson*
Cole L. Gustafson (#7-6070)
P.O. Box 728
Sheridan, WY  82801

Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
*cole@davisandcannon.com*

*Counsel for Plaintiff*