# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation,<br><br>      Defendant. | Civil Action No. _____ |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

As required by Local Rule 84.2(b), I, Michael P. Hatley, hereby certify that the following information is true:

1. My name is Michael P. Hatley, and I am an attorney with the firm of McNaul Ebel Nawrot & Helgren PLLC, located at 600 University Street, Suite 2700, Seattle, Washington 98101. My telephone number is (206) 389-9366, and my email address is mhatley@mcnaul.com.

2. I am a member in good standing of the Bars of the State of Washington and the State of New York. I have been a member of the Washington State Bar since 2021 and the New York State Bar since 2014. I have also been admitted to practice before the United States District Court for the Western District of Washington (admitted 2021), the United States District Court for the Southern District of New York (admitted 2019), and the United States District Court for the District of Columbia (admitted 2018).

3. I have never been disciplined by any Bar, nor have I been the subject of any public sanctions.

4. I am seeking permission to practice before this Court *pro hac vice* so that I may represent the interests of my client—Drifter Entertainment, Inc.—in the above-captioned matter.

5. I affirm that I will comply with and be bound by the Local Rules of this Court, and that I will be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in all proceedings relevant to this case.

6. I understand and acknowledge that local counsel, Davis & Cannon, LLP, is required to be fully prepared to represent the client at any time, in any capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2023

                                                         McNAUL EBEL NAWROT & HELGREN PLLC

By: _____
                                                         Michael P. Hatley
                                                         600 University Street, Suite 2700
                                                         Seattle, WA 98101
                                                         Telephone: (206) 467-1816
                                                         Facsimile: (206) 624-5128
                                                         mhatley@mcnaul.com