# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation, | Civil Action No. _____ |
| Plaintiff, | |
| v. | |
| BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation, | |
| Defendant. | |

## [PROPOSED] ORDER

THIS MATTER having come before the Court upon the motion of counsel for Plaintiff pursuant to U.S.D.C.L.R 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Michael P. Hatley as *Pro Hac Vice* counsel in the District of Wyoming. The Court having reviewed the matter, finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Michael P. Hatley is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with this case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

DATED this \_\_\_\_\_ day of October, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE