Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801
Telephone:  (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation,<br><br>    Defendant. | Civil Action No. _____ |

## ENTRY OF APPEARANCE

Kim D. Cannon of the law firm of Davis & Cannon, LLP, hereby enters his appearance as counsel for Plaintiff in the above-referenced matter, and requests that all pleadings and notices filed in this matter be sent to his attention.

Dated this 10th day of October, 2023.

                              DAVIS & CANNON, LLP

                               */s/ Kim D. Cannon*
                              Kim D. Cannon (#5-1401)
                              P.O. Box 728
                              Sheridan, WY  82801

Telephone: (307) 672-7491
Facsimile: (307) 672-8955
*cannon@davisandcannon.com*

*Counsel for Plaintiff*