# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

```
DRIFTER ENTERTAINMENT, INC.,
a Delaware corporation,
Plaintiff
```

        V.                             **Case Number:**

```
BLOCKCHAIN GAME PARTNERS,INC. d/b/a
GALA GAMES,a Wyoming corporation,
Defendant
```

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

    Please issue a   **Summons**

in the above-entitled cause for:

```
BLOCKCHAIN GAME PARTNERS,INC.,d/b/a GALA GAMES,a Wyoming corp.
c/o Cloud Peak Law, LLC
Registered Agent
1095 Sugar View Drive, Suite 500
Sheridan, WY  82801
```

/s/ Cole L. Gustafson

Attorney for Plaintiff

October 10, 2023

Date