AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Wyoming

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming corporation, <br><br> *Defendant(s)* | Civil Action No. 23-cv-187-SAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BLOCKCHAIN GAME PARTNERS, INC.
d/b/a GALA GAMES, a Wyoming corporation
c/o Cloud Peak Law, LLC
Registered Agent
1095 Sugar View Drive, Suite 500,
Sheridan, WY  82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kim D. Cannon
Cole L. Gustafson
Davis & Cannon, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY  82801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/11/2023                              _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-187-SAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Blockchain Game Partners__
was received by me on *(date)* __10/11/23__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Saige Wood__, who is designated by law to accept service of process on behalf of *(name of organization)* __Cloud Peak Law, Inc 1309 Coffeen Ave., Sheridan, WY__ on *(date)* __10/12/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/12/23__

Server's signature

__AUSTIN BORECZKY, DEPUTY__
Printed name and title

__54 W. 13th St., Sheridan, WY__
Server's address

Additional information regarding attempted service, etc: