Kim D. Cannon, WY Bar No. 5-1401
Cole L. Gustafson, WY Bar No. 7-6070
DAVIS & CANNON LLP
40 South Main Street
P. O. Box 728
Sheridan, WY 82801
Telephone: (307) 672-7491
Facsimile: (307) 672-8955
cannon@davisandcannon.com
cole@davisandcannon.com

Michael P. Hatley (admitted *pro hac vice*)
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Telephone:  (206) 467-1816
Facsimile:   (206) 624-5128
mhatley@mcnaul.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRIFTER ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. d/b/a GALA GAMES, a Wyoming,<br><br>Defendant. | Civil Action No. 1:23-cv-00187 |

**ENTRY OF APPEARANCE**

1

Michael P. Hatley of the law firm McNaul Ebel Nawrot & Helgren PLLC, hereby enters his appearance as counsel admitted pro hac vice for Plaintiff DRIFTER ENTERTAINMENT, INC., and requests that all pleadings and notices filed in this matter be sent to his attention.

Respectfully submitted this 16th day of October, 2023.

                                                  DAVIS AND CANNON, LLP

                                           By: *s/ Cole L. Gustafson*
                                                  Kim D. Cannon, WY Bar No. 5-1401
                                                  Cole L. Gustafson, WY Bar No. 7-6070
                                                  40 South Main Street
                                                  P.O. Box 728
                                                  Sheridan, WY 82801
                                                  Telephone: (307) 672-7491
                                                  Facsimile: (307) 672-8955
                                                  cannon@davisandcannon.com
                                                  cole@davisandcannon.com

                                                McNAUL EBEL NAWROT & HELGREN PLLC

                                           By: *s/ Michael P. Hatley*
                                                  Michael P. Hatley (admitted *Pro Hac Vice*)
                                                  600 University Street, Suite 2700
                                                  Seattle, WA 98101
                                                  Telephone: (206) 467-1816
                                                  Facsimile: (206) 624-5128
                                                  mhatley@mcnaul.com

                                                *Attorneys for Plaintiff*